E-FILED 11/4/2010

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND and BOARD OF TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>GS AIR CONDITIONING, INC., and ALLAN POPOFF, JR., an individual,<br><br>Defendants. | Case No. CV-10-2194 GAF (FMOx)<br><br>DEFAULT JUDGMENT AND [PROPOSED] ORDER THEREON |

Plaintiffs' motion for default judgment against all defendants was granted by this court on October 28, 2010. The court has considered the matter fully and concluded that good cause exists to grant plaintiffs' motion in its entirety.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

For the reasons set forth in plaintiffs' moving papers in support of the motion, defendants GS AIR CONDITIONING, INC.,and ALLAN POPOFF, JR. are liable for and shall pay to plaintiffs a total principal judgment amount of $4,731.24.

///

1  Said judgment amount is comprised of $3,456.00 as and for delinquent
2 unpaid employee benefit plan contributions for the months of May 2010 through July
3 2010, $371.20 as and for related contractually-prescribed liquidated damages;
4 $292.11 as and for pre-judgment interest; and $611.93 as and for reimbursement of
5 plaintiffs' reasonable attorney's fees.

7 **IT IS SO ORDERED.**

9 Dated:  November 3, 2010          _____
10                                  Hon. Gary A. Feess